UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER, ALLIANCE FOR THE WILD ROCKIES, and the SIERRA CLUB, non-profit corporations,<br><br>                Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and RICK BRAZELL, in his capacity as Forest Supervisor for the Clearwater National Forest,<br><br>                Defendants. | Case No. 3:13-CV-00515-EJL<br><br>**JUDGMENT** |

      In accordance with the Memorandum Decision and Order (Dkt. 40) and the Court being fully advised in the premises; IT IS ORDERED, ADJUDGED AND DECREED that this entire action is closed.

DATED: **March 18, 2015**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT      1